# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRITTON LYNN KANNADY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CIV-05-476-SPS |
| ) | |
| CITY OF KIOWA, an Oklahoma municipal ) | |
| corporation; JIMMIE W. BROWN, in his ) | |
| official and individual capacity; DANNY L. ) | |
| DRAKE, in his official and individual ) | |
| capacity; SHERRY G. STONE, in her ) | |
| official and individual capacity; JAMES V. ) | |
| RYAN, in his official and individual ) | |
| capacity; FREDDIE ADAMS, in his official ) | |
| and individual capacity; CITY OF ) | |
| McALESTER, an Oklahoma municipal ) | |
| corporation; and CITY OF KREBS, an ) | |
| Oklahoma municipal corporation, ) | |
| ) | |
| Defendants, ) | |
| and ) | |
| ) | |
| STATE OF OKLAHOMA, ex rel. W.A. ) | |
| Drew Edmondson, Attorney General, ) | |
| ) | |
| Intervenor. ) | |

## JUDGMENT

Judgment is hereby rendered in favor of the Defendant City of Krebs and against the Plaintiff Britton Lynn Kannady.

**IT IS SO ORDERED, ADJUDGED, AND DECREED** this 29th day of November, 2006.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**