IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BRITTON LYNN KANNADY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-05-476-SPS |
| | ) | |
| CITY OF KIOWA, an Oklahoma municipal corporation; JIMMIE W. BROWN, in his official and individual capacity; DANNY L. DRAKE, in his official and individual capacity; SHERRY G. STONE, in her official and individual capacity; JAMES V. RYAN, in his official and individual capacity; FREDDIE ADAMS, in his official and individual capacity; CITY OF McALESTER, an Oklahoma municipal corporation; and CITY OF KREBS, an Oklahoma municipal corporation, | ) | |
| Defendants, | ) | |
| and | ) | |
| STATE OF OKLAHOMA, ex rel. W.A. Drew Edmondson, Attorney General, | ) | |
| Intervenor. | ) | |

## JUDGMENT

Judgment is hereby rendered in favor of the Defendant City of McAlester and against the Plaintiff Britton Lynn Kannady.

**IT IS SO ORDERED, ADJUDGED, AND DECREED** this 29th day of November, 2006.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**